■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v GARLAND HUGHES, Defendant. [43 NYS3d 911]—Application by the defendant for a writ of error coram nobis seeking leave to

file a late notice of appeal from a judgment of the Supreme Court, Queens County (Lakritz, J.), rendered June 12, 1986.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Chambers, Maltese and LaSalle, JJ., concur.